UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20496-CIV-COOKE/TURNOFF
(04-20446-CR-MGC-1)

HERNAN PRADA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ISSUING CERTIFICATE OF APPEALABILITY

THIS MATTER is before me on the Honorable William Turnoff's Report and Recommendation and Order ("Report") (ECF No. 46) recommending that (i) the Petition for a Writ of Habeus Corpus Under 28 U.S.C. § 2255 (ECF No. 1) be denied, and (ii) the Motion to Expand the Record (ECF No. 44) be denied. Mr. Prada filed objections to the Report on March 7, 2016, to which the Government responded on March 16, 2016 (ECF Nos. 47, 48). I have considered Judge Turnoff's Report, the objections thereto, and have made a *de novo* review of the record. I find Judge Turnoff's Report clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge Turnoff's Report and Recommendation and Order (ECF No. 46) is **AFFIRMED and ADOPTED**. Accordingly, the Petition for a Writ of Habeus Corpus Under 28 U.S.C. § 2255 (ECF No. 1) and the Motion to Expand the Record (ECF No. 44) are **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that, pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, a Certificate of Appealability shall issue since "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Petitioner's two grounds for relief (witness testimony, ineffective assistance of counsel), his claims of a

*Brady* violation, and his Motion to Expand the Record are all appealable.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of March 2016.

_____
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*
William C. Turnoff, U.S. Magistrate Judge
Counsel of record